```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA        )
                                )
                                )
         v.                     )     Cr. No. 08-10385-RGS
                                )
                                )
PRUDENCE KANTENGWA,             )
a/k/a PRUDENTIENNE KANTENGWA,   )
Defendant                       )

           JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)
           REGARDING STATUS CONFERENCE BEFORE MAGISTRATE-JUDGE

    Defendant, Prudence Kantengwa, and the United States, by and through the undersigned attorneys, jointly file this memorandum to address the issues set forth in District of Massachusetts Local Rule 116.5(A) as follows:

(1) Defendant is requesting relief from the timing requirements of 116.3 as well as Rule 7(f) (regarding Bills of Particulars).  The government has made automatic disclosures in the instant matter, that includes several hundred pages of discovery and approximately three dozen audiocassette tape recordings.  Some of the documents includes records and files in a foreign language (that have been translated). The defendant requires additional time to review and analyze the discovery already provided.  In addition, the defendant will be filing a discovery letter under the Local Rule.

(2) The parties seek discovery concerning experts, but ask the Court to defer establishing dates for disclosure until the next status conference.

(3) The parties are presently reviewing the discovery in the case to determine whether additional discovery is outstanding.  The discovery provided by the government thus far is substantial.  As stated above, the defendant will be filing a supplemental request for discovery.

(4) At this time, the defendant anticipates filing substantive motions as defined by Fed. R. Crim. P. 12(c); however, the defendant requests that the Court not set a motion date, at this time.

(5)  The Government, with the assent of the defendant, moves that the time period between February 2, 2009 and the next date to be set by the Court in this case, be excluded from calculation for purposes of the Speedy Trial Act.  The government, with the defendant's assent, requests that the above period be excluded expressly under the provisions of 18 U.S.C. §3161(h)(8)(A), 18 U.S.C. §3161(h)(8)(B)(ii) and 18 U.S.C. §3161(h)(1)(F); United States v. Barnes, 159 F.3d 4, 10 (1st Cir. 1998) and United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982) (including additional time for preparation of motion)), such that no non-excluded days will have elapsed as of the next hearing in this case.  Such an exclusion would serve the ends of justice and is not outweighed by the best interests of the public and defendant in a speedy trial.  Consequently, all 70 days remain under the Speedy Trial Act.

(6)  At present, it appears that trial of this matter will be necessary and is anticipated to take approximately 2 weeks.

(7)  The parties agree, given the nature and volume of evidence in the case, that a sixty-day continuance is more likely to provide sufficient opportunity for the defendant to complete her review of discovery.  A sixty-day continuance will also provide time for discovery letter and motion practice to be completed prior to the next interim status hearing in this case.

Respectfully submitted,

| | |
|---|---|
| MICHAEL SULLIVAN | PRUDENCE KANTENGWA |
| UNITED STATES ATTORNEY | By Her Attorney, |
| | |
| /s/ Aloke S. Chakravarty | /s/ Syrie Fried |
| Aloke S. Chakravarty | Syrie Fried |
| Jeffrey Auerhahn | Federal Defender Office |
| Assistant U.S. Attorney | 408 Atlantic Ave. 3rd Floor |
| United States Courthouse | Boston, MA  02110 |
| 1 Courthouse Way, 9th Floor | Tel: 617-223-8061 |
| Boston, MA 02210 | |
| Tel: 617-748-3658 | |

CERTIFICATE OF SERVICE

    I, Aloke Chakravarty, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 3, 2009.

                                                /s/ Aloke Chakravarty