```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
                             )
         v.                  )    Cr. No. 08-10385-RGS
                             )
                             )
PRUDENCE KANTENGWA,          )
a/k/a, PRUDENTIENNE KANTENGWA,)
Defendant                    )
```

**GOVERNMENT'S REPORT TO THE COURT CONCERNING DISCOVERY**

As directed by the Court on April 17, 2008 (during the hearing in this case on the defendant's discovery motions), the United States files this status report.

Undersigned counsel endeavored to obtain documents that fell into three categories:

1. The State Department file concerning the visa the defendant applied for in September 2001 in Kenya.

2. State Department directives concerning the use and contents of the so called "Rwandan Questionnaire."

3. State Department guidance or policy directives concerning the issuance of visas.

First, with reference to the "file" concerning the visa that the defendant applied for in September 2001, in Nairobi, Kenya, the government has previously provided almost the entirety of said file. The only document omitted was the cable sent from Nairobi, Kenya to Washington concerning the visa application and Questionnaire. The document not previously provided has been turned over to the defendant; there are no other documents in

defendant's visa file.[1]

Second, the United States has provided to the defendant redacted copies of two State Department cables.  (The redacted information concerns other matters unrelated to Rwandan visa applicants.)  Both cables established "special processing requirements" involving a "security advisory opinion requirement," and, in connection with Rwandans, directed the use of a questionnaire that includes specific questions of "all Rwandans born before 1981 who are applying outside of Kigali for NIVs [non-immigrant visas], IVs, refugee status or other travel documents, regardless of the visa classification requested."  (Quoting from Cables dated June 2000 and June 23, 2001.)  The June 2001, cable contains the version of the Questionnaire that the defendant completed.  The June 2000 cable concerns an earlier version of the Questionnaire.

Third, hundreds of pages of regulations and guidance concerning the issuance of visas are publicly available in the Foreign Affairs Manual on the State Department website.  See http://www.state.gov/m/a/dir/regs/fam/c22167.htm.

The government does not agree that all of the above-described documents are discoverable at this time; nevertheless,

---

[1] There is one file cabinet left to check in Nairobi, but it should not contain any documents related to this case.  If necessary, the government will supplement discovery.

as noted above, copies of certain documents have been provided to the defendant.

Government counsel have conferred with counsel for the defendant in an attempt to resolve all outstanding discovery requests. Defendant's counsel have made a number of specific requests for additional information or documents, or have asked government counsel to inquire of the State Department concerning certain matters. With reference to some of these request, government counsel has agreed to inquire. However, there remains a number of areas of profound disagreement.

In the interim, the government has agreed to report back to defense counsel concerning the response to certain inquiries. Government counsel estimates that a full response will take approximately 10 days. Defendant's counsel have agreed to delay further proceedings or filings in this matter for said 10-day period.

Wherefore, the parties request that the Court delay this matter further and direct that a second status report be filed on or about May 15, 2009.

                                      Respectfully submitted,

                                      MICHAEL K. LOUCKS
                                      Acting United States Attorney

                             By:   /s/ Jeffrey Auerhahn
                                      ALOKE CHAKRAVARTY and
                                      JEFFREY AUERHAHN
                                      Assistant U.S. Attorneys

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                  <u>/s/ Jeffrey Auerhahn</u>
                                  JEFFREY AUERHAHN
                                  Assistant U.S. Attorney

Date:  May 1, 2009