UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 08-10385-RGS |
| | ) | |
| PRUDENCE KANTENGWA | ) | |

DEFENDANT'S WITNESS AND EXHIBIT LIST

Defendant Prudence Kantengwa respectfully submits the following list of potential witnesses and exhibits.

Potential Witnesses
Alphonse Kamanzi, Massachusetts
Theobald Gakwaya Rwaka, New Hampshire
Sixbert Erick Musangamfura, Finland
Faustin Twagiramungu, Belgium
Jean de Dieu Uwimana, Belgium
Leocadie Mukaniyginya, Rwanda
Sylvestre Bizimana, Rwanda
Gilbert Hitimana, Rwanda
Alphonsine Nyiraburiri, Rwanda
Anastasia Mukamwiza, UK
Kabasha Vedaste, Rwanda
Dick Prudance Munyeshuli, Rwanda

Anticipated Exhibits
State Department cable, June 28, 2006
Airline ticket, American Airlines
Transcript of Immigration Court proceeding
Redacted Decision of the Immigration Court, A 098-277-297
Portions of A-file
Records of Criminal Indices Checks

                                    PRUDENCE KANTENGWA
                                    By her attorney,

                                    /s/ Charles P. McGinty

                                    Charles P. McGinty
                                      B.B.O. # 333480
                                    Federal Defender Office
                                    51 Sleeper Street, 5th Floor
                                    Boston, MA 02210
                                    Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 20, 2012.

                                                 /s/ Charles P. McGinty

                                                 Charles P. McGinty